**Linda J. Larkin**, OSB# 792954
E-mail: linda@bennetthartman.com
**Dylan P. Jensen**, OSB# 206465
E-mail: dylan@bennetthartman.com
**BENNETT HARTMAN, LLP**
210 SW Morrison Street, Suite 500
Portland, OR   97204-3149
Telephone:  503-227-4600
Facsimile:  503-248-6800
**Attorney for All Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WESTERN STATES OFFICE AND PROFESSIONAL EMPLOYEES PENSION FUND and BOARD OF TRUSTEES OF WESTERN STATES OFFICE AND PROFESSIONAL EMPLOYEES PENSION FUND,<br><br>    Plaintiffs,<br><br> v.<br><br>COMMUNICATIONS WORKERS OF AMERICA LOCAL 7019,<br><br>    Defendant. | Case No. 3:21-cv-00634-MO<br><br>**JUDGMENT AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

THIS MATTER comes before the Court upon the Motion of the Plaintiffs, through their attorney, Dylan P. Jensen, that the above entitled action be dismissed in its entirety without prejudice and without costs to either party.

IT IS HEREBY ORDERED that the above entitled action be and the same hereby is dismissed in its entirety without prejudice and without costs to either party.

DATED this 26th day of August, 2021.

_____
MICHAEL W. MOSMAN
United States District Judge